# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS

# DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| GIANI SMALLS<br>   PLAINTIFF,<br><br>V.<br><br>ARMAND CORPORATION<br>   DEFENDANT. | CASE NO. 3:20-CV-114<br><br>(SUPERIOR CT - ST. THOMAS/<br>ST. JOHN; CASE NO. ST-2020-CV-397) |

## NOTICE OF REMOVAL

Defendant ARMAND CORPORATION ("Defendant"), pursuant to 28 U.S.C. §§ 1441(a) and 1446, hereby files this Notice of Removal of the above-described action to the United States District Court of the Virgin Islands, Division of St. Thomas & St. John, from the Superior Court of the Virgin Islands, Division of St. Thomas & St. John, where the action is now pending, and state as follows:

1. This action may be removed to this Court pursuant to the provisions of 28 U.S.C. §§ 1441(a) and 1446.

2. This cause was commenced in the Superior Court of the Virgin Islands, Division of St. Thomas & St. John, on or about October 7, 2020, as Case No. ST-2020-CV-397 (the "Superior Court Action"). Process was served upon Defendant on October 13, 2020. This Notice of Removal is therefore filed within thirty (30) days after Defendant's receipt of a copy of the Complaint.

3. A copy of all process and pleadings served upon Defendant is filed with this Notice.

4.	Defendant will give written notice of the filing of this Notice as required by 28 U.S.C. § 1446(d).

5.	A copy of this notice will be filed with the Clerk of the Superior Court of the Virgin Islands, Division of St. Croix, as required by 28 U.S.C. § 1446(d).

## JURISDICTION EXISTS UNDER 28 U.S.C. § 1332

6.	This action is removable pursuant to 28 U.S.C. § 1441(a) because it is a civil action over which this Court has original jurisdiction under 28 U.S.C. § 1332, in that there is complete diversity between Plaintiff and Defendant and the amount in controversy exceeds the sum or value of $75,000, exclusive of interest and costs.

### All Parties are Diverse

7.	As alleged in the Complaint, Plaintiff is a resident and citizens of the Virgin Islands (Compl. ¶ 3).

8.	As alleged in the Complaint, Defendant is incorporated in, and has its principle place of business in, New York (Compl. ¶ 4). Accordingly, Defendant is not a citizen of the Virgin Islands.

9.	There is complete diversity of citizenship between the Plaintiff and Defendant, sufficient to satisfy the requirements of 28 U.S.C. § 1332. *See* 28 U.S.C. § 1332(a),(c)(1).

## The Amount in Controversy Exceeds $75,000

10. For this Court to have federal subject matter jurisdiction based on diversity of citizenship, the amount in controversy must exceed the sum or value of $75,000, exclusive of interest and costs. *See* 28 U.S.C. § 1332(a).

11. Plaintiff alleges that he was wrongfully discharged and therefore is entitled to lost past and future income and benefits, and punitive damages. He further claims humilation and loss of enjoyment of life. Further Plaintiff seeks attorney's fees which, under the Wrongful Discharge Act, are a component of damages.

12. Plaintiff was paid $44.46 per hour and was a full-time employee of Defendant prior to his termination.

13. The matter in dispute therefore exceeds the sum of $75,000, exclusive of interest and costs.

WHEREFORE, the Defendant gives notice that the action commenced against it in the Superior Court is removed to the District Court of the Virgin Islands, pursuant to 28 U.S.C. §§ 1441(a) and 1446.

Respectfully submitted,
**ANDREW C. SIMPSON, P.C.**
Attorneys for Defendant

Dated: November 11, 2020     By:    /s Andrew C. Simpson
                                     Andrew C. Simpson (VI Bar 451)
                                     2191 Church Street, Suite 5

Christiansted, VI  00820
Tel: 340-719-3900
asimpson@coralbrief.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 11, 2020 a true and correct copy of the foregoing document was served upon the following via email and U.S. Mail, postage prepaid:

Ryan W. Greene, Esq.
15-B Norre Gade
P.O. Box 1197
Charlotte Amalie, St. Thomas
U.S. Virgin Islands 00804
ryan@ryan-green.com

/s/ Andrew C. Simpson
Andrew C. Simpson