IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| GIANNI A. SMALLS, ) <br> ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ARMAND CORPORATION, ) <br> ) <br> ) <br> Defendant. ) | Civil No. 2020-114 |

## TRIAL MANAGEMENT ORDER

The parties were before the Court on January 5, 2021 on their Joint Discovery Plan and for an initial Rule 16 conference. The parties would like to consider early neutral evaluation and will work to agree on the particulars of the process. The premises considered, it is hereby ORDERED that the parties shall adhere to the following schedule:

1. The parties have disclosed information and documents pursuant to Rule 26(a)(1), and shall supplement such disclosures as necessary.

2. The deadline for seeking leave to amend pleadings or add new parties is January 15, 2021.

3. Fact discovery shall be completed by June 15, 2021.

4. The parties shall commence mediation by August 15, 2021, or earlier as agreed.

5. The plaintiff shall identify any experts, and produce the required materials related thereto, on or before September 15, 2021.

6. The defendants shall identify any experts, and produce the required materials related thereto, on or before November 15, 2021.

7. All discovery shall be completed by December 20, 2021.

8. The parties shall jointly contact the Court to attempt an informal resolution of any discovery disputes prior to filing discovery motions, in accordance with their plan.

9. The production of privileged or work-product protected documents, as electronically stored information ("ESI") or other information, whether inadvertent or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d). This Order does not prevent any party from seeking a determination from the Court about whether a

    document or information, whether withheld or produced, is privileged or work product protected.

10. The parties have agreed on an ESI protocol.

11. The parties shall file dispositive and *Daubert* motions no later than February 12, 2022. The time for filing responses and replies may not be extended without leave of Court.

12. The parties shall file their proposed joint final pretrial order no later than April 28, 2022.

13. The parties shall file their proposed voir dire, proposed joint neutral statement, and proposed jury instructions no later than April 9, 2022.

14. The parties shall file a trial brief or memorandum pursuant to Local Rule 16.1(c) no later than April 9, 2022.

15. The final pretrial conference in this matter will be scheduled by the presiding judge.

16. The trial of this matter is scheduled to begin promptly at **9:00 a.m. on May 16, 2022.** The trial period extends from May 16, 2022 to May 27, 2022. To the extent that there are conflicts, the trial date may change to any date within this period. All parties, witnesses and counsel should arrange their schedules accordingly.

17. A status conference is scheduled for **April 6, 2021 at 10:00 a.m.**

**Dated:** January 5, 2021       S\_____
                                                     **RUTH MILLER**
                                                     United States Magistrate Judge